RECEIVED

SEP - 6 2005



ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **FRANK EDWARD WALTERS** | **CIVIL ACTION NO. 05-1544** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICHARD FEWELL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### MEMORANDUM ORDER

On August 31, 2005, Plaintiff filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983. As part of the relief requested, Plaintiff sought a temporary restraining order and/or preliminary injunction requiring Defendants to provide him with his medications immediately and to allow him to receive weekly counseling and to prohibit Defendants from taking any retaliatory actions against him. However, the Court has ascertained that Plaintiff was released from Ouachita Correctional Center on August 31, 2005. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request for a temporary restraining order and/or preliminary injunction is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the above-captioned case be, and the same is hereby referred to the Honorable Karen L. Hayes, United States Magistrate Judge, to conduct all further proceedings and issue a Report and Recommendation on his remaining claims.

THUS DONE AND SIGNED at Monroe, LA, on this __5__ day of September, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE